RECEIVED

**FORM FOR USE IN APPLICATIONS** 2008 FEB 12 A 10: 25
**FOR HABEAS CORPUS UNDER 28 U.S.C. SECTION 2241**
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT FOR THE

CASE NO. _3:08 CV- 101-WKW_ (to be supplied by the Clerk of Court)

_Johnny Hughley_ , PETITIONER
(Full name -- include name under which you were convicted)

v.

_W.R. Collins - Warden_ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of
petitioner)

_Johnny Hughley # 9843_
NAME AND PRISON NUMBER

_Montgomery City Jail_
PLACE OF CONFINEMENT

(If the petitioner wishes to attack a federal judgment under which a sentence was
imposed he/she should file a motion under 28 U.S.C. Section 2255, in the federal court
which entered the judgment).

PETITION FOR WRIT OF HABEAS CORPUS UNDER SECTION 2241
BY A PERSON IN FEDERAL CUSTODY

**INSTRUCTIONS--READ CAREFULLY**

1.    This petition must be legibly handwritten or typewritten, signed by the petitioner
and subscribed to under penalty of perjury as being true and correct.  Any false
statement of a material fact may serve as the basis for prosecution and conviction for
perjury.  All questions must be answered concisely in the proper space on the form.
Where more room is needed to answer any question type or use lined paper.

2.    No citation of authorities need be furnished.  If briefs or arguments are submitted,
they should be submitted in the form of a separate memorandum.

3.    Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

4.    If you do not have the necessary filing fee, you may submit an application to proceed in forma pauperis , in which event you must execute the affidavit on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.  You must also have an authorized official at the correctional facility complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.  If your prison account exceeds $150.00, you must pay the filing fee as required by the rule of the district court.

5.    Only judgments entered by one court may be challenged in a single petition.  If you seek to challenge judgments entered by different courts either in the same state or different states, you must file separate petitions as to each court.

6.    Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

7.    When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whose address is: ~~100 South Clinton Street, Syracuse, New York~~ 13261. *One Church St, P.O. Box 711, Montgomery AL 36101*

8.    Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1.    Name and location of court which entered the judgment of conviction under which you are presently confined:
*Middle District Court, Montgomery, Alabama*

2.    Date of judgment of conviction: *December 18, 1998*

3.    Length of sentence: *52 months* Sentencing Judge: *William C. O'Kelly*

4.    Nature of offense or offenses for which you were convicted:
*(1) Possession of Counterfeit U.S. Currency*
*(2) Uttering of Counterfeit U.S. Currency*
*(3) Felony Possession of Firearm*

5.    Were you sentenced on one or more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    YES (X)    NO ( ).

6.    Do you have any further sentence to serve after you complete the sentence imposed by the judgment under attack?    YES ( )    NO (X).

        (a)    If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

_____

        (b)    And give date and length of sentence to be served in the future:

_____

        (c)    Have you filed, or do you contemplate filing, a petition attacking the judgment which imposed the sentence to be served in the future?    YES ( )    NO ( ).

7.    State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground:

        (a)  Ground one: The movant is being held in custody, in violation of the fifth and fourteenth amendments to the U.S. constitution.

        Supporting **FACTS** (Tell your story briefly without citing cases or law):
(1) At trial the movant stipulated to having been convicted of a felony in Lee County AL, on March 22, 1996. The district court abused its discretion when it spurned movants offer to admit to evidence prior conviction element of offence and instead admits full record of prior judgement of conviction when name or nature of prior offense raises risk of verdict.
(2) The district court abused its discretion under Rule 403, See: old Chief v. U.S. 519 U.S. 172 (1997)
(3) That since a prosecutor is charged with the pursuit of just convictions not victory by fair means or foul ANY ETHICAL prosecutor must agree to stipulate in the situation here, it was prosecutor misconduct where the prosecutor refused movants offer to stipulate. (4) The decision of the district court is contrary to clearly established federal law.

(b) Ground two:

_____

_____

_____

Supporting **FACTS** (Tell your story <u>briefly</u> without citing cases or law):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Ground three:

_____

_____

_____

Supporting **FACTS** (Tell your story <u>briefly</u> without citing cases or law):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Ground four:

_____

_____

_____

Supporting **FACTS** (Tell your story <u>briefly</u> without citing cases or law):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    WHEREFORE, petitioner prays that the court grant petitioner relief to which he/she may be entitled in this proceeding.

    I declare under penalty of perjury that the foregoing is true and correct.

    *2-5-08*                        *Johnny Highley*
    (Date)                              (Signature)

                              (Signature of Attorney (if any))

W:\2241.WPD

Johnny Hughley
Montgomery City Jail
P.O. DRAWER 159
Montgomery, AL 36101



UNITED STATES
POSTAL SERVICE

0000          36101

U.S. POST
PAID
AUBURN, AL
36830
FEB 11
AMOUNT
$1.
00052

Clerk of the
U.S. District Court

P.O. Box 711

Montgomery, AL 36101

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003860
Cashier ID: khaynes
Transaction Date: 02/12/2008
Payer Name: JOHNNY HUGHLEY
----------------------------------
WRIT OF HABEAS CORPUS
 For: JOHNNY HUGHLEY
 Case/Party: D-ALM-3-08-CV-000101-001
 Amount:        $5.00
----------------------------------
MONEY ORDER
 Check/Money Order Num: 07935540862
 Amt Tendered:  $5.00
----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

HUGHLEY V. COLLINS
```