IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-CV-101-WKW |
| | ) | (WO) |
| WILLIE R. COLLINS, WARDEN | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On March 13, 2008, the Magistrate Judge filed a Recommendation (Doc. # 2) that the Petition for Writ of Habeas Corpus relief (Doc. #1) is due to be denied. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 2) of the Magistrate Judge is ADOPTED.

2. The Petition for Writ of Habeas Corpus (Doc. #1) is DENIED.

3. This cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as the plaintiff has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

An appropriate judgment will be entered.

DONE this 3rd day of April, 2008.

                                    /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE